LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California 94903
Telephone: (415) 472-3892
Facsimile: (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorneys for Petitioners
AMERICAN PRESIDENT LINES, LTD. and
APL CO. Pte., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>AMERICAN PRESIDENT LINES, LTD., a corporation, and APL CO. Pte., LTD., a corporation,<br><br>Petitioners,<br><br>v.<br><br>J.M.C. TRANSPORT CORPORATION, a corporation,<br><br>Respondent. | No. CV 07-06048 JL<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Local Rule 3-16] |

/ / /

/ / /

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(a) Neptune Orient Lines (NOL)–parent corporation

(b) American President Lines, Ltd. (APL)–plaintiff (NOL subsidiary)

(c) APL Co. Pte., Ltd. –plaintiff (affiliated corporation)

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated: November 30, 2007

/s/

Mark K. de Langis
Attorney of Record for
American President Lines, Ltd. and
APL Co. Pte., Ltd.