**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                       415.522.2000

**January 8, 2008**

**CASE NUMBER:**  CV 07-06048 JL
**CASE TITLE:**  AMERICAN PRESIDENT LINES-v-JMC TRANSPORT CORP

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable JEFFERY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/8/08

                                                    FOR THE EXECUTIVE COMMITTEE:

                                                    _____*Richard W. Wieking*_____
                                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                   Special Projects
Log Book Noted                                  Entered in Computer 1/8/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                         Transferor CSA