LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California 94903
Telephone: (415) 472-3892
Facsimile: (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorneys for Petitioners
AMERICAN PRESIDENT LINES, LTD. and
APL CO. Pte., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>AMERICAN PRESIDENT LINES, LTD., a corporation, and APL CO. Pte., LTD., a corporation,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>J.M.C. TRANSPORT CORPORATION, a corporation,<br><br>　　　　　Respondent. | No. C 07-06048 JSW<br><br>DECLARATION OF MARK K. de LANGIS IN SUPPORT OF MOTION TO CONFIRM ARBITRATION<br><br>[9 U.S.C. section 9]<br><br>Hearing Date: March 14, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br><br>The Honorable Jeffrey S. White |

I, Mark K. de Langis, hereby declare and state:

    1.    I am a member of the law firm Lucas Valley Law, counsel for Petitioners American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL"). Except as

DECLARATION OF MARK de LANGIS IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD

1. otherwise stated, all the matters set forth herein are of my own personal knowledge and, if called upon to testify, I could and would competently testify thereto.

2. I make this declaration in support of APL's motion to confirm its arbitration award against J.M.C. Transport Corporation ("J.M.C."), in the above-captioned matter.

3. On June 7, 2007, I initiated arbitration proceedings, on APL's behalf, with the American Arbitration Association ("AAA") in the matter between APL and J.M.C.

4. On July 17, 2007, Ms. Erica Weaver, the AAA Case Manager, notified APL (through the undersigned) and J.M.C. that Matthew J. Geyer, Esq. was appointed arbitrator of the matter between the parties, in accordance with the Rules of the AAA.

5. The duly appointed arbitrator, Matthew J. Geyer, Esq., conducted a Preliminary Hearing on August 27, 2007 and subsequently notified both parties that the arbitration would commence on October 12, 2007, via documents only. On September 14, 2007, I submitted pleadings and proof to the arbitrator to establish J.M.C.'s liability to APL for the dead freight owing as described in the motion filed herewith. Such pleadings and proof were also served upon Matthew Ma, J.M.C.'s President and agent for service of process.

6. Subsequent to that arbitration, I received from the AAA, an Award issued by Mr. Geyer, dated and executed as of October 16, 2007. A true and correct copy of the Award is attached to APL's Petition for Order Confirming Award of Arbitrator as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of February 2008, in San Rafael, California.

_____
Mark K. de Langis

2
DECLARATION OF MARK de LANGIS IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD