LUCAS VALLEY LAW
MARK  K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California  94903
Telephone:  (415) 472-3892
Facsimile:    (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorneys for Petitioners
AMERICAN PRESIDENT LINES, LTD. and
APL CO. Pte., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>AMERICAN PRESIDENT LINES, LTD., a corporation and APL CO. Pte., LTD., a corporation,<br><br>       Petitioners,<br><br>    v.<br><br>J.M.C. TRANSPORT CORPORATION, a corporation,<br><br>       Respondent. | No.   C 07-06048 JSW<br><br>[PROPOSED] JUDGMENT |

1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

14  In the Matter of the Arbitration between          No.  C 07-06048 JSW

15  AMERICAN PRESIDENT LINES, LTD., a
    corporation and APL CO. Pte., LTD., a             JUDGMENT
16  corporation,

17
                    Petitioners,
18
            v.
19
20  J.M.C. TRANSPORT CORPORATION, a
    corporation,
21
                    Respondent.
22

23
24
25
26

1

2       On the date indicated below, this Court confirmed the award of the arbitrator in this

3   matter, dated October 16, 2007, attached as Exhibit "C" to the Petition for Order Confirming

4   Award of Arbitrator.  In its Order Confirming the Arbitration Award, the Court directed that

5   judgment be entered in conformity with the arbitration award.  Therefore,

6       IT IS ORDERED, ADJUDGED, AND DECREED that:

7       Petitioners American President Lines, Ltd. and APL Co. Pte., Ltd. recover from

8   Respondent, J.M.C. Transport Corporation, the principal sum awarded of $12,610 and costs of

9   suit herein of $350, for a total judgment in the amount of **$12,960.**

10

11      **IT IS SO ORDERED.**

12

13

    DATED:  _____, 2008

14

15

16                              By:

                                    _____

17                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26