1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PRESIDENT LINES

       Plaintiff(s),

  v.

JMC TRANSPORT CORP

       Defendant(s).

_____/

No. C 07-06048 JSW

**CLERK'S NOTICE**

    YOU ARE HEREBY NOTIFIED that on March 14, 2008,  at 9:00 a.m., immediately following the hearing on the Motion to Confirm Arbitration Award, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference previously noticed for 1:30 p.m.  in this matter.    The joint conference statement remains due on or before March 7, 2008.

Richard W. Wieking
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated:  February 5, 2008