1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
   In the Matter of the Arbitration between         No. C 07-06048 JSW
14
   AMERICAN PRESIDENT LINES, LTD., a
15 corporation, and APL CO. Pte., LTD., a           **PROOF OF SERVICE**
   corporation,
16
              Petitioners,
17
        v.
18
19 J.M.C. TRANSPORT CORPORATION, a
   corporation,
20
              Respondent.
21

22

23

24

25

26

# PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in San Rafael, California at 2110 Elderberry Lane, San Rafael, California 94903. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**CIVIL STANDING ORDERS (JSW)**

**CLERK'S NOTICE (2/5/2008)**

by causing true and correct copies of the above to be placed in the United States Mail at San Rafael, California in a sealed envelope(s) with postage prepaid, addressed as follows:

Matthew Ma
President/Agent for Service of Process
J.M.C. Transport Corporation
1944 E. Vista Bella Way
Rancho Dominguez, CA 90220

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 5, 2008.

/s/

Mark K. de Langis