# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: March 14, 2008              **Court Reporter:** Kathy Wyatt


**CASE NO.:**   C-07-6048   JSW

**TITLE:**  American President Lines v. JMC Transport Corporation


**COUNSEL FOR PLAINTIFF:**             **COUNSEL FOR DEFENDANT:**

Mark de Langis                         No appearance by or for defendant

**PROCEEDINGS:**   1) Motion to Confirm Arbitration Award

　　　　　　　　　2) Initial CMC

**RESULTS:**   The motion is taken under submission.
A written ruling shall issue.

Initial CMC not held.