1   LUCAS VALLEY LAW
    MARK  K. de LANGIS (SBN 190083)
2   2110 Elderberry Lane
    San Rafael, California  94903
3   Telephone:  (415) 472-3892
    Facsimile:   (415) 472-3977
4   mdelangis@lucasvalleylaw.com

5   Attorneys for Petitioners
    AMERICAN PRESIDENT LINES, LTD. and
6   APL CO. Pte., LTD.

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
    In the Matter of the Arbitration between          No.   C 07-06048 JSW
14
    AMERICAN PRESIDENT LINES, LTD., a
15  corporation,  and APL CO. Pte., LTD., a            [PROPOSED] ORDER CONFIRMING
    corporation,                                       AWARD OF ARBITRATOR
16
                                                       [9 U.S.C. section 9]
17            Petitioners,

18       v.

19
    J.M.C. TRANSPORT CORPORATION, a
20  corporation,

21            Respondent.

22

23

24

25

26

                    [PROPOSED] ORDER CONFIRMING AWARD OF ARBITRATOR

1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

14     In the Matter of the Arbitration between      No.   C 07-06048 JSW

15     AMERICAN PRESIDENT LINES, LTD., a
     corporation and APL CO. Pte., LTD., a      ORDER CONFIRMING AWARD OF
16     corporation,      ARBITRATOR

17                        [9 U.S.C. section 9]
            Petitioners,
18

       v.
19

20     J.M.C. TRANSPORT CORPORATION, a
    corporation,
21

22           Respondent.

23

24

25

26

2

1     Petitioners AMERICAN PRESIDENT LINES, LTD. and APL CO. Pte., LTD. bring this

2     action and the present motion to confirm an arbitration award in their favor against respondent

3     J.M.C. Transport Corporation ("J.M.C.").  Respondent has not made a formal appearance in this

4     action and has not filed an opposition to the motion to confirm currently before the Court.  The

5     Court conducted a hearing on Petitioners' motion to confirm the award on March 14, 2008; again

6     Respondent did not make an appearance.  After careful consideration of the papers filed by the

7     Petitioners and the relevant legal authority, and good cause appearing, the Court hereby

8     GRANTS Petitioners' motion to confirm the arbitration award.

9                                    **BACKGROUND**

10     In October 2003, APL Co. Pte., Ltd., in its individual capacity and as an agent for

11     American President Lines, Ltd., entered into a written maritime contract with J.M.C.  The

12     contract provided for Petitioners to ship Respondent's cargo by sea from the United States to

13     Taiwan.  The contract further memorialized the parties' agreement that any "dispute arising out

14     of or in connection with this Contract" shall be submitted to arbitration in San Francisco,

15     California, before an arbitrator of the American Arbitration Association ("AAA").  (Petition to

16     Confirm, Exh. A at Section 4.)  The arbitration provision stated that the decision of the arbitrator

17     "shall be final, binding and not subject to further review."  (*Id.*)  Finally, the provision provided

18     for enforcement of any arbitration decision "by any court, tribunal, or other forum as may

19     properly assert jurisdiction" and the parties expressly agreed "that the United States District

20     Court for the Northern District of California has personal jurisdiction."  (*Id.*)

21     On March 2, 2005, APL invoiced J.M.C. the sum of $8,750, which was then and still is

22     due under the terms of the October 2003 contract.  APL initiated arbitration proceedings to

23     collect the outstanding monies owed, and in October 2007, the matter was submitted to AAA

24     panelist Matthew J. Geyer, Esq.  J.M.C. did not submit any documents for the arbitrator's

25     consideration.  On October 16, 2007, Mr. Geyer awarded APL the principal amount due of

26     $8,750, attorneys' fees of $2,160 and costs of $1,700, for a total award of $12,610 (the

1    "Award").  (Petition to Confirm, Exh. C.)

2        Petitioners now move to confirm the Award under the Federal Arbitration Act ("FAA"),

3    9 U.S.C. section 9.

4                                    **DISCUSSION**

5        As a preliminary matter, the existence of this Court's jurisdiction is not in dispute.  The

6    United States Supreme Court has held that the FAA does not provide a separate basis for federal

7    subject matter jurisdiction.  Rather, there must exist other independent grounds for federal

8    jurisdiction.  *Moses H. Cone Memorial Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 25 n.32

9    (1983).  Here, Petitioners invoke original federal question jurisdiction under 28 U.S.C. section

10   1333.  Upon review of the underlying maritime contract, the Court agrees that federal admiralty

11   and maritime jurisdiction exists.

12       The FAA, 9 U.S.C. section 9, provides that any party to an arbitration award may apply

13   to the court for an order confirming the award if the parties have previously agreed to such

14   action.  Section 9 mandates that the court must grant the order confirming the award unless the

15   award is vacated, modified, or corrected as directed by Sections 10 or 11 of the FAA.

16       As discussed above, the October 2003 Contract between the parties provides that any

17   arbitration award may be enforced by any court, tribunal, or other forum as may properly assert

18   jurisdiction.  There is no dispute regarding this Court's jurisdiction.  Respondent has not made an

19   appearance in this matter, nor presented any argument that the Award should be vacated,

20   modified, or corrected.  Following careful review of the papers presented in support of

21   Petitioners' motion and the underlying Award issued on October16, 2007, pursuant to the terms

22   of the parties written contract, IT IS HEREBY ORDERED that the Award attached as Exh. C to

23   the Petition for Order Confirming Award of Arbitrator is CONFIRMED.

24

25   / / /

26

ORDER CONFIRMING AWARD OF ARBITRATOR

1          **CONCLUSION**

2          For the foregoing reasons, Petitioners' Motion to Confirm Award of Arbitrator is

3   GRANTED and the Award of $12,610 is confirmed.  APL is also entitled to its $350 costs of suit

4   herein.  The Court will enter judgment in the amount of $12,960.

5

6          **IT IS SO ORDERED.**

7

8
    DATED:  ___March 17_____, 2008
9

10

11   By: _____

12                 UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONFIRMING AWARD OF ARBITRATOR