1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile:  (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
   In the Matter of the Arbitration between        No.  C 07-06048 JSW
14
   AMERICAN PRESIDENT LINES, LTD., a
15 corporation and APL CO. Pte., LTD., a            [~~PROPOSED~~] JUDGMENT
   corporation,
16
17          Petitioners,

18      v.

19 J.M.C. TRANSPORT CORPORATION, a
   corporation,
20
            Respondent.
21

22

23

24

25

26

1
2
3
4
5
6
7
8
9   UNITED STATES DISTRICT COURT
10  NORTHERN DISTRICT OF CALIFORNIA
11
12
13
14  In the Matter of the Arbitration between | No.   C 07-06048 JSW
15  AMERICAN PRESIDENT LINES, LTD., a corporation and APL CO. Pte., LTD., a corporation, | JUDGMENT
16
17
18          Petitioners,
19      v.
20  J.M.C. TRANSPORT CORPORATION, a corporation,
21
22          Respondent.
23
24
25
26

1

2    On the date indicated below, this Court confirmed the award of the arbitrator in this

3  matter, dated October 16, 2007, attached as Exhibit "C" to the Petition for Order Confirming

4  Award of Arbitrator. In its Order Confirming the Arbitration Award, the Court directed that

5  judgment be entered in conformity with the arbitration award. Therefore,

6    IT IS ORDERED, ADJUDGED, AND DECREED that:

7    Petitioners American President Lines, Ltd. and APL Co. Pte., Ltd. recover from

8  Respondent, J.M.C. Transport Corporation, the principal sum awarded of $12,610 and costs of

9  suit herein of $350, for a total judgment in the amount of **$12,960.**

10

11   **IT IS SO ORDERED.**

12

13
     DATED:  March 17        , 2008
14

15
                                By: _____
16                                    Jeffrey S. White
                                    UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26